USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

YOLANDA CINTRON,                         :      09 Civ. 8420 (SHS)

              Plaintiff,           :

    -against-                           :      ORDER

M.D. PASCALE ANGLADE,                    :

              Defendant.           :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present, and plaintiff's attorney having stipulated that she is seeking $75,000.00 or less in this action,

      IT IS HEREBY ORDERED that the Clerk of Court shall remand this action to Supreme Court of the State of New York, County of Bronx.

Dated: New York, New York
       November 12, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.